UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAMES ROGER BRADLEY                                  CIVIL ACTION

VERSUS                                                 16-750-SDD-RLB

THE STATE OF LOUISIANA, ET AL.

### ORDER

**CONSIDERING** the *Minute Entry*[1] entered in the above captioned matter;

**IT IS HEREBY ORDERED** that the Plaintiff's claims against Defendants are DISMISSED without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement with these Defendants is not consummated.

Signed in Baton Rouge, Louisiana on August 15, 2018.

*Shelly D. Dick*
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 36.