UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES ROGER BRADLEY | : CIVIL ACTION |
| | : NO. 16-750-SDD-RLB |
| VERSUS | |
| | : JUDGE SHELLY D. DICK |
| THE STATE OF LOUISIANA, Through the LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL | : MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

Considering the Parties' *Motion to Dismiss* filed in the above captioned matter:

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that this matter is **DISMISSED WITH PREJUDICE,** except that this Court retains jurisdiction to enforce the terms of the settlement between the parties.

Baton Rouge, Louisiana, this __15__ day of __November__ 2018.

_____
CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1